## TOLAN v. CONOVER, appellant.

*Verdict.— upon conflicting evidence will not be set aside upon appeal.*

When a jury have passed upon facts before them, courts are cautious of reversal on the ground that the evidence was not sufficient to sustain the verdict, even though upon such facts the court might have decided the other way. *Wendell* v. *Safford,* 12 N. H. 171; *Clark* v. *Whitaker,* 19 Conn. 319.

APPEAL from a judgment in favor of plaintiff entered upon the verdict of a jury and from an order denying a new trial. The action was brought by Simpson Tolan against Frank Conover and another to recover the amount of difference between the price agreed to be paid and that actually paid upon a sale of goods by plaintiff to defendants. The difference was caused by an error in footing

up the items of the account of goods, which footing was made by one of the defendants.

*Britton, Ely & Snell,* for appellants.

*S. D. Morris,* for respondents.

TAPPEN, J.

The only material point in the opinion is fully stated in the head-note.

*Judgment and order affirmed.*